APPENDIX A
COMPLAINT FORMAT

FILED Oct 12 PM 1:10 USDCALS

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
_____ DIVISION

Roger Lynn Meadows

(Name of Plaintiff)
**Plaintiff**

vs.                                          Civil Action No. 12-641-CG-B

(Name of Defendant(s))
**Defendant**
C. List enclosed

### COMPLAINT
(Double space text of complaint)

(Grounds for jurisdiction)

1. Federal Tison. Unlawful to work with unsafe product while aboard a U.S. Flag vessel

2. Roger Lynn Meadows 5105 Geoffrey Dr. Mobile, Ala. 36693

(Show plaintiff's name(s) and residence or address)

3.

(Show defendant(s) name(s) and address(es))  C- List of enclosed of each A 104 Manufacturing Industrial Shipping Corporations

APPENDIX A (Cont'd)
COMPLAINT FORMAT

4.

(State briefly your legal claim or your reason for filing suit. Include the statue under which the suit is filed.) Being told to work with a unsafe product while aboard a U.S. Flag Ship

5.

(Give a brief, concise statement of the specific facts involved in your case) Working in the engine room aboard and told to work with Asbestis inwhich is unlawful

6.

(State the relief you are requesting.) To settle out of Court inwhich I have been given a lot Shipping Corporations

Roger Lynn Meadows      Oct. 1. 12
(Signature and date), pro se

5105 Geoffrey Dr
(Address)

Mobile Al. 36693
(Phone Number)

251-643-3374

APPENDIX B
CERTIFICATE OF SERVICE FORMAT

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Roger Lynn Meadows
(Name of pleading)

was mailed/delivered to C. List inclosed at U.S. of American at Sea
(Name of defendant(s) or         (Address)
defendant's attorney)

on Oct. 5, , 20 12 .

Roger Lynn Meadows
(Signature and date), pro se

5105 Northey Drive
(Address)

Mobile, AL 36693
(Phone Number)

call 251 643 3379