```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

ROGER LYNN MEADOWS,              \*
                                 \*
    Plaintiff,              \*
                                 \*
vs.                              \* CIVIL ACTION NO. 12-00641-WS-B
                                 \*
                                 \*
A-C PRODUCT LIABILITY TRUST,     \*
*et al.*,                        \*
                                 \*
    Defendants.             \*

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's action is **DISMISSED** without prejudice for failure to prosecute this action and to comply with the Court's Orders.

    **DONE** this 7th day of March, 2013.

                               **s/WILLIAM H. STEELE**
                               **CHIEF UNITED STATES DISTRICT JUDGE**