```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

ROGER LYNN MEADOWS,                 \*
                                    \*
    Plaintiff,                    \*
                                    \*
vs.                                 \* CIVIL ACTION NO. 12-00641-WS-B
                                    \*
                                    \*
A-C PRODUCT LIABILITY TRUST,        \*
*et al.*,                           \*
                                    \*
    Defendants.                   \*


### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's action is **DISMISSED** without prejudice for failure to prosecute this action and to comply with the Court's Orders.

**DONE** this 7th day of March, 2013.

                                            s/WILLIAM H. STEELE
                                            **CHIEF UNITED STATES DISTRICT JUDGE**